

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-20-00051-CV

**MEDFINMANAGER, LLC,**
Appellant

v.

John **SALAS,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Appellant's reply brief is currently due October 15, 2020. On October 13, 2020, appellant filed a motion requesting a fifteen-day extension of time. After consideration, we **GRANT** the motion and **ORDER** appellant to file its reply brief **by October 30, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court